UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| **ROBERT DWAYNE HOLLIS,** | ) | |
| Petitioner, | ) | No. CV 10-7684 AHM (AJW) |
| v. | ) | |
| **JOHN MARSHALL, WARDEN,** | ) | ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |
| Respondent. | ) | |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

DATED: November 3, 2011

_____
A. Howard Matz
United States District Judge