UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT DWAYNE HOLLIS, | ) CV NO. 10-7684-AHM(AJW) |
| Petitioner, | ) |
| | ) JUDGMENT |
| v. | ) |
| JOHN MARSHALL, Warden, | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: November 3, 2011 _____

A. Howard Matz
United States District Judge

**JS-6**